Filing # 128470313 E-Filed 06/10/2021 09:37:04 AM

IN THE CIRCUIT COURT FOR THE
FOURTH JUDICIAL CIRCUIT IN AND
FOR DUVAL COUNTY, FLORIDA

CASE NO:

DIVISION:

STEWART DEREMER, an
Individual,
    Plaintiff,
v.
TOPGOLF USA JACKSONVILLE, LLC,
a for profit foreign limited liability company,
    Defendant.
_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

**COMES NOW**, Plaintiff, STEWART DEREMER, by and through undersigned counsel and sues Defendant, TOPGOLF USA JACKSONVILLE, LLC, and alleges:

### PARTIES, VENUE AND JURISDICTION

1. This is an action for damages exceeding thirty thousand dollars ($30,000.00), in excess of the minimum jurisdictional limits of the Court, exclusive of costs, interest, and attorney's fees.

2. At all times material to this action, including August 4, 2020, Plaintiff, STEWART DEREMER (hereinafter "DEREMER") was an individual who resided in St. Johns County, Florida.

3. At all times material to this action, including August 4, 2020, Defendant, TOPGOLF USA JACKSONVILLE, LLC, was and remains a for profit foreign Limited Liability Company authorized to perform business and doing business as an entertainment venue located at 10531 Brightman Boulevard, Jacksonville, Duval County, Florida (hereinafter "TOPGOLF").

ACCEPTED: DUVAL COUNTY, JODY PHILLIPS, CLERK, 06/10/2021 10:15:10 AM

4. At all times material hereto, TOPGOLF, was open to the general public, including the Plaintiff herein.

5. Venue is proper in this Court pursuant to Fla. Stat. §47.051.

6. Jurisdiction is proper in the State of Florida pursuant to Fla. Stat. §§48.193 (1)(a) and (2).

7. Plaintiff has retained The Law Office of James D. Allen, P.A. to represent him in this action and is obligated to pay reasonable costs and attorney's fees for services rendered.

## STATEMENT OF FACTS

8. On or around August 4, 2020, at approximately 10:00 a.m., Plaintiff was acting as an invitee at TOPGOLF.

9. On said date, TOPGOLF failed to properly maintain the safety of the complex's golfing bays by allowing another invitee to swing a golf club behind the red safety line, outside of the designated mat area on TOPGOLF's premises.

10. This dangerous action occurred for such a length of time that TOPGOLF, its employees on duty, and/or the manager on duty of the TOPGOLF complex, knew or should have known of the dangerous action.

11. Due to TOPGOLF's failure to prevent invitees from swinging golf clubs outside of the designated safety area, DEREMER was struck in the head by another invitee on TOPGOLF's premises.

12. The dangerous and hazardous condition existed in an open and notorious area of TOPGOLF, outside of the bays where food and drinks are served, that was directly located where other invitees and TOPGOLF employees would be positioned.

13. TOPGOLF failed to reasonably oversee the proper participation of their invitees, thus causing the incident detailed herein.

14. Furthermore, following DEREMER's traumatic brain injury as a result of being hit in the head by a golf club, TOPGOLF and it's manager accepted responsibility of DEREMER by escorting DEREMER to a storage room and leaving him there unattended for approximately four (4) hours. During the four hour period, TOPGOLF did not file an accident report, nor did they call for medical assistance.

15. DEREMER justifiably relied, to his detriment, on the TOPGOLF employee's affirmative act to render aid, conduct a report, call for medical assistance, or take some other further action to aid DEREMER's severe head injuries.

16. As a direct and proximate result of TOPGOLF's negligence, DEREMER suffered a severe concussion, a laceration, and has suffered permanent physical injuries and disabilities, including medical expenses and lost wages, as set forth in further detail below.

## COUNT-I
## NEGLIGENCE

17. Plaintiff re-alleges paragraph 1 through 16 above and incorporates them herein.

18. On or about August 4, 2020, TOPGOLF owned, operated, maintained, controlled, and/or possessed the TOPGOLF complex located at 10531 Brightman Boulevard, Jacksonville, Florida 32246.

19. Defendant TOPGOLF possessed a duty of care to the public and, more specifically, to the Plaintiff, to use reasonable care in maintaining the subject premises, including but not limited to ensuring that areas where food and drinks were served was clear of dangerous conditions and that patrons would not encounter dangerous conditions outside of the bay areas where golf clubs were swung, and golf balls were hit.

20. At that time and place, TOPGOLF negligently allowed other invitees of the premises to recklessly and dangerously swing a golf club so that it hit Plaintiff DEREMER in the head.

21. Furthermore, TOPGOLF breached its duty of care by negligently isolating Plaintiff DEREMER in a room on their premises for approximately four (4) hours, where DEREMER bled, vomited, and suffered alone under the reasonable impression that TOPGOLF would continue to render aid after managers or employees of TOPGOLF brought DEREMER to the room.

22. As a result of TOPGOLF's negligence, DEREMER suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, inconvenience, permanent scarring and disfigurement, and loss of ability to earn money in the future. These losses are either permanent or continuing, and the Plaintiff will suffer these losses in the future.

**WHEREFORE**, the Plaintiff, STEWART DEREMER, demands judgement for damages against the Defendant, TOPGOLF USA JACKSONVILLE, LLC, together with the costs of this action, and respectfully demands trial by jury on all issues so triable.

Respectfully submitted this 10th day of June 2021.

James D. Allen, Esq.
The Law Office of James D. Allen, P.A.

/s/*James D. Allen*
James D. Allen, P.A.
50 N. Laura Street, Suite 2500
Bank of America Building
Jacksonville, Florida 32202