UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

STEWART DEREMER,

    Plaintiff,

v.                                                CASE NO. 3:21-cv-1197-TJC-JBT

TOPGOLF USA JACKSONVILLE,
LLC, etc.,

    Defendant.
_____/

## ORDER

**THIS CAUSE** is before the Court on the Expert Witness Disclosure of Plaintiff ("Disclosure") (Doc. 34). Discovery materials "must not be filed until they are used in the proceeding or the court orders filing." Fed. R. Civ. P. 5(d)(1)(A). The Court has not ordered Plaintiff to file the Disclosure, and it does not appear that filing is necessary at this time. Therefore, the filing is due to be stricken. Counsel should ensure that such discovery material is not routinely filed in the future.

Accordingly, it is **ORDERED**:

The Disclosure (**Doc. 34**) is **STRICKEN** without prejudice to filing at a later time if necessary.[1]

---

[1] Any future filings must also contain appropriate signatures.

**DONE AND ORDERED** in Jacksonville, Florida, on September 19, 2022.

_____
JOEL B. TOOMEY
United States Magistrate Judge

Copies to:

Counsel of Record